IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Crosby, Sandra R

Printed: 01/22/09

Case Number: 07 B 06705
Judge: Squires, John H
Filed: 4/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 26, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,560.00 |  |
| Secured: |  | 6,803.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,674.00 |
| Trustee Fee: |  | 522.40 |
| Other Funds: |  | 1,560.00 |
| Totals: | 10,560.00 | 10,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Starks & Boyd PC | Administrative | 1,674.00 | 1,674.00 |
| 2. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 4,664.93 | 4,204.80 |
| 4. | Accredited Home Lenders | Secured | 13,711.03 | 2,598.80 |
| 5. | Nicor Gas | Unsecured | 476.23 | 0.00 |
| 6. | Capital One | Unsecured | 184.08 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 246.95 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 2,069.17 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,477.20 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 543.75 | 0.00 |
| 11. | National Capital Management | Unsecured | 981.81 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 408.00 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 173.50 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 21. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | $ 26,610.65 | $ 8,477.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Crosby, Sandra R

Printed: 01/22/09

Case Number:  07 B 06705
Judge:  Squires, John H
Filed:  4/13/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 310.50 |
| 6.5% | 169.66 |
| 6.6% | 42.24 |
|  | $ 522.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

